# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANTONIO CUZA

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2022 CW 0294

**JULY 5, 2022**

---

In Re:   Antonio Cuza, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 698572.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's judgment dated July 1, 2021, dismissing the relator's petition for judicial review, is a final, appealable judgment. See La. R.S. 15:1177(A)(10). Therefore, it is hereby ordered that this case be remanded to the trial court with instructions to grant the relator an appeal pursuant to the pleading received on July 14, 2021, notifying the trial court of the relator's intention to seek writs. See **In Re Howard,** 541 So.2d 195 (La. 1989)(per curiam). A copy of this court's action is to be included in the appellate record.

**PMc**
**JEW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT